682         NEBRASKA REPORTS.         [Vol. 46

Baker v. Killinger.     State v. Sioux City, O'N. & W. R. Co.

L. B. BAKER V. M. M. KILLINGER ET AL., APPELLEES,
AND LOUIS STEIN & CO. ET AL., APPELLANTS.

FILED JANUARY 9, 1896.   No. 5773.

Judgments: ORDER VACATING: CONTINUANCE OF LIEN.

APPEAL from the district court of Madison county.
Heard below before SULLIVAN, J.

*Allen, Robinson & Reed,* for appellants.

*Wigton & Whitham, contra.*

RYAN, C.

The questions involved in this case are the same as those
involved in *Farmers Loan & Trust Co. v. Killinger,* 46
Neb., 677.   It follows that the judgment in this case ren-
dered by the district court should be, and, therefore, it is,

AFFIRMED.

---

STATE OF NEBRASKA, EX REL. BOARD OF TRANSPOR-
TATION, V. SIOUX CITY, O'NEILL & WESTERN
RAILROAD COMPANY, F. C. HILL, ITS RECEIVER,
AND FREMONT, ELKHORN & MISSOURI VALLEY
RAILROAD COMPANY.

FILED JANUARY 9, 1896.   No. 7526.

1. Constitutional Law: FEDERAL DECISIONS: STARE DECISIS.
The construction placed upon provisions of the federal con-
stitution by the supreme court of the United States must be
followed by state courts in all matters to which such provisions
are applicable.   Following *Franklin v. Kelly,* 2 Neb., 79; *Bress-
ler v. Wayne County,* 25 Neb., 468.